# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 23-1344

———————————————

United States of America

*Plaintiff - Appellee*

v.

Fahrudin F. Fejzic, also known as Frank

*Defendant - Appellant*

————————

Appeal from United States District Court
for the Western District of Missouri - Kansas City

————————

Submitted: July 5, 2023
Filed: July 10, 2023
[Unpublished]

————————

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.

————————

PER CURIAM.

Fahrudin Fejzic appeals the sentence imposed by the district court[1] after he pleaded guilty to drug and firearm offenses, pursuant to a plea agreement containing

———————————————

[1]The Honorable David Gregory Kays, United States District Judge for the Western District of Missouri.

an appeal waiver. His counsel has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (validity and applicability of an appeal waiver is reviewed de novo); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice). We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the waiver. Accordingly, we dismiss this appeal based on the appeal waiver, grant counsel's motion to withdraw, and deny Fejzic's motion for appointment of new counsel.

_____